**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| LAND GRANTORS IN HENDERSON, UNION and WEBSTER COUNTIES, KENTUCKY and THEIR HEIRS, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 93-648L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, the United States submits this Unopposed Motion for Enlargement of Time to file its Reply in Support of the United States' Motion for Judgment on the Pleadings or, in the Alternative, Motion for Judgment on the Record ("United States' Motion"). The United States respectfully requests that the Court extend the United States' deadline to file its Reply by fourteen (14) days, to and including January 14, 2008. Counsel for the United States has consulted with Plaintiffs' counsel and is authorized to state that Plaintiffs do not oppose the granting of this motion. The United States has not sought any previous enlargements of time with respect to this pleading.

The United States seeks this enlargement of time to prepare its Reply and ensure an adequate opportunity to coordinate among various government counsel. In October 2007, Plaintiffs requested and received a forty-four day extension in which to file their Opposition Memorandum in response to the United States' Motion. As a result of this extension, the United States' Reply is currently due December 31, 2007. Tom C. Clark, Principal Deputy Chief of the Natural Resources Section, and co-counsel in this matter, is on previously-scheduled annual

leave from December 15, 2007, to January 3, 2008. In addition, the undersigned counsel will be on leave from December 24 to December 25, 2007. The requested extension is necessary in order to finalize the government's Reply and ensure an adequate opportunity to coordinate with agency counsel. The United States also seeks this extension because this case involves a variety of complex issues.

For these reasons, the United States requests an enlargement of time to and including January 14, 2008, to file its Reply in support of the United States' Motion.

Respectfully submitted this 21 day of December,

RONALD J. TENPAS
Assistant Attorney General

_/s/ William J. Shapiro________
WILLIAM SHAPIRO
United States Department of Justice
Environment and Natural Resources Division
501 I Street
Suite 9-700
Sacramento, CA 95814
(916) 930-2207 (phone)
(916) 930-2210 (fax)

TOM C. CLARK II
Principal Deputy Section Chief
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
601 D Street, NW
Room 3152
Washington, DC 20530
(202) 514-3553 (phone)
(202) 305-0506 (fax)
Attorneys for the United States

Of Counsel:
Dale Holmes
Stephen J. Allison
U.S. Army Corps of Engineers
600 Dr. Martin Luther King Place
Louisville, KY 40202

Martin Cohen
U.S. Army Corps of Engineers
20 Massachusetts Ave., N.W.
Washington, DC 20314-1000