# In the United States Court of Federal Claims

No. 93-648X
Filed: December 27, 2007

***********************************
LAND GRANTORS IN HENDERSON, UNION and WEBSTER COUNTIES, KENTUCKY and THEIR HEIRS,

Plaintiffs,

v.

THE UNITED STATES,

Defendant,
***********************************

**ORDER**

The Government's December 21, 2007 Unopposed Motion for an Enlargement of Time to file a Reply in Support of the Government's Motion for Judgment on the Pleadings or, in the Alternative, Motion for Judgment on the Record, is hereby **GRANTED**. The Reply is now to be filed on or before January 14, 2008.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**