# In the United States Court of Federal Claims

**No. 93-648-1 L**

**LAND GRANTORS IN HENDERSON,**
**UNION AND WEBSTER COUNTIES,**
**KENTUCKY AND THEIR HEIRS,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Final Judgment, filed January 10, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the October 3, 2005 Second Amended Complaint is dismissed as barred by 28 U.S.C. § 2501.

John S. Buckley
Acting Clerk of Court

**January 11, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.